UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANCISCO GUTIERREZ IBARGUEN,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>　　　　　　　　Respondent. | CASE NO. C19-1973-RSM-BAT<br><br>**ORDER STRIKING MOTION TO PROCEED** *IN FORMA PAUPERIS* |

Petitioner's motion to proceed *in forma pauperis*, Dkt. 5, is STRICKEN as moot because he has already paid the $5.00 filing fee.

DATED this 18th day of December, 2019.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　Chief United States Magistrate Judge

ORDER STRIKING MOTION TO PROCEED
IN FORMA PAUPERIS - 1