UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANCISCO GUTIERREZ IBARGUEN,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>　　　　　　　　Respondent. | CASE NO. C19-1973-RSM-BAT<br><br>**REPORT AND RECOMMENDATION** |

Petitioner, who is proceeding pro se, initiated this 28 U.S.C. § 2241 immigration habeas action to obtain release from immigration detention or a bond hearing. Dkt. 1. On January 13, 2020, the Government moved to dismiss, arguing that petitioner was not entitled to release or a new bond hearing. Dkt. 9. Petitioner did not file an opposition by the deadline. Thereafter, the Government notified the Court that petitioner has been removed and asked the Court to dismiss this action as moot. Dkt. 15.

Under Article III of the U.S. Constitution, federal courts may adjudicate only actual, ongoing cases or controversies. *Deakins v. Monaghan*, 484 U.S. 193, 199 (1988). "For a habeas petition to continue to present a live controversy after the petitioner's release or deportation . . . there must be some remaining 'collateral consequence' that may be redressed by success on the petition." *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007). Because petitioner's habeas

REPORT AND RECOMMENDATION - 1

petition challenges only the length of his immigration detention, his claims were fully resolved by his removal. *See id.* at 1065. Accordingly, there is no collateral consequence that could be redressed by the Court, and petitioner's habeas petition should be dismissed as moot. *See id.*

Accordingly, the Court recommends the Government's motion to dismiss, Dkt. 9, be **GRANTED** and that petitioner's habeas petition and this action be **DISMISSED** without prejudice. A proposed order accompanies this Report and Recommendation.

This Report and Recommendation is not an appealable order. Therefore, a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the assigned District Judge enters a judgment in the case. Objections, however, may be filed and served upon all parties no later than **May 21, 2020.** The Clerk should note the matter for **May 22, 2020**, as ready for the District Judge's consideration if no objection is filed. If objections are filed, any response is due within 14 days after being served with the objections. A party filing an objection must note the matter for the Court's consideration 14 days from the date the objection is filed and served. The matter will then be ready for the Court's consideration on the date the response is due. Objections and responses shall not exceed five pages. The failure to timely object may affect the right to appeal.

DATED this 30th day of April, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION - 2